IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES W. McGRIFF,

    Petitioner,

v.                        Case No.  4:19cv16-MW/EMT

MARK S. INCH, Secretary,
Florida Department of
Corrections,

    Respondent.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 27, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 30.  Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DENIED**. A Certificate of Appealability is **DENIED**."  The Clerk shall also close the file.

**SO ORDERED** on May 14, 2020.

                                 s/Mark E. Walker              
                                 **Chief United States District Judge**